**Marlene C. MCGUIRL and James F. McGuirl, Appellants**

v.

**COMMISSIONER OF INTERNAL REVENUE SERVICE,**
Appellee.

**No. 05–1029.**

United States Court of Appeals, District of Columbia Circuit.

Nov. 18, 2005.

Marlene C. McGuirl, Washington, DC, pro se.

James F. McGuirl, Washington, DC, pro se.

Karen D. Utiger, U.S. Department of Justice, Washington, DC, for Appellee.

Before: HENDERSON, GARLAND, and BROWN, Circuit Judges.

## *JUDGMENT*

PER CURIAM.

This appeal was considered on the record from the United States Tax Court and on the briefs filed by the parties. *See* Fed. R.App. P. 34(a)(2); D.C.Cir. Rule 34(j). It is

**ORDERED AND ADJUDGED** that the Tax Court's order filed October 28, 2004, be affirmed. The Tax Court properly dismissed the case for lack of jurisdiction.

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc. *See* Fed. R.App. P. 41(b); D.C.Cir. Rule 41.